LAW OFFICES
# MICHAEL H. SOROKA, ESQ.
SUITE 341
300 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
(516) 742-2002
FACSIMILE: (516) 742-0953

STEVEN BZURA
COUNSEL

<u>VIA ECF</u>                                January 23, 2012

Hon. Sterling Johnson
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   **United States v. Alton Riddick**
           **#11 CR 535 (SJ)**

Dear Judge Johnson:

    This is a letter motion seeking to adjourn the above matter from January 27, 2012 because (1) defense counsel will be out of state and (2) according to the Probation Department Violation Memorandum, the defendant is currently incarcerated in the Cumberland County Jail in New Jersey.

    I have spoken with Assistant U.S. Attorney Tanika Payne (who is handling this matter for Assistant U.S. Attorney Cohen who is out on leave as of January 20, 2012) and she has no objection.

    An adjournment will enable the United States to prepare the necessary papers and United States Marshal to transport the defendant to the Eastern District of New York.

    The defense requests that this matter be put over to February 13, 14, 15 or 22, 2012. Counsel will again be out of State from February 2 to February 7 and February 23 to February 29, 2012.

                                   Very truly yours,

                                 ***/s/ Michael H. Soroka***

MHS:jv                      Michael H. Soroka

cc: AUSA Tanika Payne /via fax 718-254-6321

**SO ORDERED:**

_____
Hon. Sterling Johnson, U.S.D.J.